GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGALY CAMACHO VAZQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendant. | Case No. 2:23-cv-00911-ART-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 13, 2023 through and including **August 3, 2023**. The request was made by Equifax so that it can have an opportunity to

//

//

//

//

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 12th day of July, 2023.

| CLARK HILL PLLC | *No opposition* |
|---|---|
| By: /s/ Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada  89135<br>Tel: (702) 862-8300<br>Fax: (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/ Michael Everett Yancey , III<br>Michael Everett Yancey , III, Esq.<br>**Price Law Group, APC**<br>Consumer Attorneys PLC<br>2300 West Sahara Avenue<br>Suite 800<br>Las Vegas, NV 89102<br>480-573-9272<br>Fax: 718-715-1750<br>Email: myancey@consumerattorneys.com |

IT IS SO ORDERED:

_____
United States Judge

DATED: July 14, 2023

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 12th day of July, 2023, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709