**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGALY CAMACHO VAZQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | **Case No.:** 2:23-cv-00911-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Magaly Camacho Vazquez and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

//

1

Plaintiff and Defendant Equifax have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement and release.

**IT IS SO ORDERED**

Dated: October 10, 2023.

_____
Judge Anne R. Traum
United States District Court Judge